UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DYLAN J. DOTSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:23-CV-131-KAC-JEM |
| ANDERSON COUNTY DETENTION FACILITY, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action under Federal Rule of Civil Procedure 41(b). The Court **CERTIFIED** that any appeal would not be taken in good faith, and **DENIED** Plaintiff leave to appeal *in forma pauperis* should he filed a notice of appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

ENTER:

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
   CLERK OF COURT